**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00356-CV

### BROOKS-PHS HEIRS, LLC, ET AL., Appellants

### V.

### RICHARD HOWARD BOWERMAN, ET AL., Appellees

**On Appeal from the 225th District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2013CI10924**

## ORDER

Before the Court is appellees' July 11, 2018 motion to require appellants to re-brief, the supplement to their motion, and appellants' objection. We **DENY** the motion without prejudice to appellees asserting their objections to appellants' brief in their brief on the merits.

/s/     ADA BROWN
         JUSTICE